JULIEN SWANSON (SBN 193957)
AUSTIN LAW GROUP
584 Castro St #2126
San Francisco, CA 94114-2512
San Francisco, California 94114
Tel: (415) 282.4511
Fax: (415) 282.4536
swanson@austinlawgroup.com

Attorney for Plaintiff
DAVID COLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID COLE, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF CERES; CERES POLICE DEPARTMENT; LORENZO BELTRAN; and DOES 1-100<br><br>　　　　Defendants. | Case No. 1:21-cv-00189-JLT-BAM<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER** |

Plaintiff David Cole and Defendants Ceres Police Department, City of Ceres and Lorenzo Beltran (collectively "Defendants"), through their respective attorneys of record, hereby stipulate to modify the Scheduling Order in this case and respectfully request an order to that effect, as follows:

WHEREAS, the Court's Scheduling Conference Order of June 28, 2021, provides deadlines of March 15, 2022, for non-expert discovery, April 12, 2022, for expert disclosure, April 26, 2022, for supplemental expert disclosure, and May 24, 2022, for expert discovery (See ECF 13);

WHEREAS, the parties to date have engaged in a good faith efforts to settle the case and have engaged in fact discovery;

WHEREAS, the parties are still engaged in written discovery;

WHEREAS, on January 27, 2022, Defendants' counsel served David Cole with a Notice of Taking Deposition of Plaintiff Via Zoom, which the parties agreed to postpone to March 2, 2022;

WHEREAS, on March 2, 2022, the Parties again agreed to postpone Plaintiff's deposition due to an unexpected medical issue experienced by Plaintiff, and agreed to extend fact discovery for 45 days in order for the parties to complete written discovery and to complete the deposition of Plaintiff and a percipient witness;

WHEREAS, considering the foregoing, the Parties seek an order extending the current fact/non-expert discovery deadline of March 15, 2022 for a period of 45 days, to April 29, 2022, to ensure there is sufficient time to bring any disputes to the Court for resolution related to either depositions or written discovery prior to the non-expert discovery cut-off; the Parties also seek an order extending the expert discovery deadlines as follows:

April 12, 2022 deadline for expert disclosure extended to May 10, 2022,

April 26, 2022, for supplemental expert disclosure to May 24, 2022, and

May 24, 2022, for expert discovery to June 21, 2022;

June 21, 2022, for pretrial motion filing to July 19, 2022

WHEREAS, the requested extensions will not require a continuance of the trial date set for December 2, 2022.

## STIPULATION

THEREFORE, it is hereby stipulated and agreed by the parties, as follows:

1. The deadline for non-expert discovery shall be extended to April 29, 2022;
2. Expert disclosures, if any, shall be made by May 10, 2022;
3. Supplemental expert disclosures, if any, shall be made by May 24, 2022; and
4. Expert discovery, if any, shall be made by June 21, 2022.
5. Pretrial motion filing shall be made by July 19, 2022.

IT IS HEREBY STIPULATED

Dated: March 4, 2022                                                    AUSTIN LAW GROUP

                                                                By: _____/S/ *J Swanson*_____

                                                                JULIEN SWANSON
                                                                Attorney for Plaintiff,
                                                                David Cole

Dated: March 4, 2022                                                    LONGYEAR & LAVRA, LLP

                                                                By: ____*_/S/ *Nicole Cahill*_____
                                                                VAN LONGYEAR
                                                                NICOLE M. CAHILL
                                                                GRANT C. FURUKAWA
                                                                Attorneys for Defendants,
                                                                City of Ceres and Lorenzo Beltran

*filed with permission

# **ORDER**

GOOD CAUSE HAVING BEEN FOUND, This Court has reviewed and considered the above stipulation among the parties.

Based on the representations submitted therewith, and for good cause shown, it is hereby ORDERED that the Scheduling Order (at ECF 13) is modified as follows:

1. The deadline for non-expert discovery shall be extended to April 29, 2022;
2. Expert disclosures, if any, shall be made by May 10, 2022;
3. Supplemental expert disclosures, if any, shall be made by May 24, 2022; and
4. Expert discovery, if any, shall be made by June 21, 2022.
5. Pretrial motion filing shall be made by July 19, 2022.

These modifications do not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated: __**March 8, 2022**__             /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE